# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00045-CR

**Sostenes Rivas, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. CR19-0295A, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State and counsel for appellant Sostenes Rivas, Jr., have each filed a motion to permanently abate this appeal because, they advise us, Rivas has died. Where, as here, an appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the court is to permanently abate the appeal. *See* Tex. R. App. P. 7.1(a)(2). Accordingly, we grant the motions and permanently abate this appeal.

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Permanently Abated

Filed: August 25, 2023

Do Not Publish